UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James Pullano,

        Plaintiff,

    V.

National Railroad Passenger Corp,

        Defendant.

CIVIL ACTION

NO. 20-11237-MBB

SETTLEMENT ORDER OF DISMISSAL

Bowler, U.S.M.J.

    The Court having been advised on December 28, 2021 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

January 4, 2022                                            /s/ Lisa Belpedio
Date                                                               Deputy Clerk